|     | Defendant | Docket Number |
| --- | --- | --- |
| 1.  | Banks, Pamela<br>Keegan, Pamela R. | 7:14-CR-29 |
| 2.  | Becks, William Anthony | 7:14-CR-33 |
| 3.  | Beltran, Christian Omar | 4:12-CR-23 |
| 4.  | Borden, Larry Darnell<br>Hawkins, Clarence Edward<br>Hawkins, Jessie<br>James, Sharon Marie<br>Martin, Trivia Martina<br>Williams, Brenda Cherie | 7:14-CR-20 |
| 5.  | Brown Jr., Louis Edward<br>Carter, Christopher Robin<br>Salam, Rauf Abdul | 7:12-CR-73 |
| 6.  | Bryant, John Mark | 7:16-CR-44 |
| 7.  | Bugg, Tremayne Quinta | 7:12-CR-6 |
| 8.  | Burwell, Lamonte Perri | 7:12-CR-86 |
| 9.  | Campbell, Clifton Deron | 7:15-CR-42 |
| 10. | Campbell, Felix | 7:16-CR-19 |
| 11. | Carlos, Shaheem<br>Dalton, David Jacob<br>Siddiqui, Feroz<br>Smith, Jody David<br>Tate, Jaleel | 7:11-CR-29 |
| 12. | Casey, Austin Rickie | 7:12-CR-46 |
| 13. | Combow, Melissa<br>Combow, Shawn Thomas<br>Woods, Aaron Eugene | 7:09-CR-64 |
| 14. | Davis, Marcio A. | 7:08-CR-16 |
| 15. | Day, Antonne Jervon | 7:05-CR-92 |
| 16. | Dooley, Cody Morris | 7:13-CR-36 |
| 17. | Entsminger Jr., Ronald Douglas | 7:12-CR-47 |
| 18. | Entsminger, Nathan Allen | 7:13-CR-42 |
| 19. | Ervin, Kartier | 7:15-CR-71 |

|     | Defendant | Docket Number |
| --- | --- | --- |
| 20. | Ferrell, Anthony Demarcos | 7:12-CR-58 |
| 21. | Garnette, Benjamin<br>Holland, Keith S. | 7:15-CR-82 |
| 22. | Goad, Charles Dylan<br>Goad, Justin Linwood | 7:14-CR-30 |
| 23. | Jackson, Corey Dejuan | 7:15-CR-72 |
| 24. | Jennings, Antwan | 7:15-CR-63 |
| 25. | Jones, Markeise Q. | 7:13-CR-76 |
| 26. | Kelley, Namel Allah | 7:12-CR-68 |
| 27. | Lackey II, Vincent James | 7:10-CR-25 |
| 28. | Mack, Eric Vincent | 7:11-CR-68 |
| 29. | McClelland, Dominick Cole | 7:09-CR-5 |
| 30. | Morales, Carlos Alberto | 7:15-CR-25 |
| 31. | Morris, Jerome<br>Dawkins, Demetrius | 7:11-CR-3 |
| 32. | Nelon Jr., John | 7:10-CR-41 |
| 33. | Payne, Michael Eugene | 7:13-CR-65 |
| 34. | Price, Edward | 4:16-CR-6 |
| 35. | Price, Raphael Lamar | 4:12-CR-7 |
| 36. | Randolph, Roger Jerome | 7:10-CR-53 |
| 37. | Russell, Chmar Rasheed | 7:12-CR-74 |
| 38. | Sanchez, Orlando<br>Davis, Chauncey | 7:16-CR-15 |
| 39. | Scott III, Robert Ailworth | 7:08-CR-26 |
| 40. | Shepherd IV, Robert Henry | 7:12-CR-75 |
| 41. | Stanley, Shannon Brooke | 7:15-CR-32 |
| 42. | Taylor, Adam Wayne | 7:10-CR-4 |
| 43. | Thompson II, Gary Edward | 7:15-CR-68 |
| 44. | Tiller, Joshua | 7:16-CR-3 |

|     | Defendant | Docket Number |
| --- | --- | --- |
| 45. | Traxel, Paul | 7:13-CR-9 |
| 46. | Truttling, Derrick Jerome | 7:12-CR-29 |
| 47. | Vaughn, Joequan Migel | 7:10-CR-47 |
| 48. | Waller, Joseph Darrow | 7:12-CR-65 |
| 49. | Webster, Richard Golden | 7:12-CR-72 |
| 50. | Whitmer, Joseph Aldon | 7:12-CR-11 |
| 51. | Wilson Jr, Charles Anthony | 7:13-CR-10 |
| 52. | Wise, William C. | 7:09-CR-50 |
| 53. | Woods, Aaron Eugene | 7:09-CR-43 |
| 54. | Wyrick, Robert Dwayne | 7:10-CR-14 |
| 55. | Young, Shawn Tyrone<br>Patterson, Michael Jerome<br>Bailey, Chasity Anne<br>Davis, James Christopher | 7:16-CR-10 |